**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

In Re: BRYAN ALLEN STROSNIDER  Case No.: 17-50517
KASEY DELLINGER STROSNIDER

Debtor(s)

**TRUSTEE'S CERTIFICATION THAT CASE**
**SHOULD BE DISMISSED**

Comes now, Herbert L Beskin, Chapter 13 Trustee herein, and reports that this case should be dismissed for the following reasons and, absent a timely filed response as set out below, requests that this case be dismissed without further notice or opportunity for hearing.

The debtors have failed to pay plan payments to the Chapter 13 Trustee within the time directed by Order of this Court, entered on 9/20/2019. The estimated amount of default is $3,900.00 as of 1/14/2020.

**PLEASE TAKE NOTICE, PURSUANT TO AN ORDER ENTERED SEPTEMBER 20, 2019, THE TRUSTEE ALLEGES THE DEBTOR(S) FAILED TO COMPLY WITH THE REQUIREMENTS SET OUT THEREIN. THE DEBTOR(S) SHALL HAVE TWENTY-ONE (21) DAYS FROM THE DATE THIS CERTIFICATION WAS FILED TO FILE WITH THE OFFICE OF THE CLERK A WRITTEN RESPONSE AND REQUEST FOR HEARING WITH A COPY OF THE RESPONSE TO BE SERVED ON THE TRUSTEE. FAILURE TO FILE A RESPONSE AND REQUEST FOR HEARING MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT ANY FURTHER NOTICE TO YOU.**

WHEREFORE, your Trustee requests that this case be dismissed without prejudice or that such other and further relief be granted.

Dated: 1/14/2020

Respectfully Submitted,
/s/ Herbert L. Beskin
Chapter 13 Trustee
VSB# 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: ch13staff@cvillech13.net

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of January, 2020, I mailed a copy of the foregoing to the debtor(s) at BRYAN ALLEN STROSNIDER, KASEY DELLINGER STROSNIDER, 441 FAIR LANE, WINCHESTER, VA 22603, and I served a copy electronically to debtor's counsel, COX LAW GROUP, PLLC.

/s/ Herbert L. Beskin