

**SIGNED** October 7, 2020
 THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Bryan Allen Strosnider and Kasey Dellinger Strosnider | CASE NO. 17–50517 |
|---|---|
| Debtor(s) | CHAPTER 13 |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 17-50517-rbc |
| Bryan Allen Strosnider | Chapter 13 |
| Kasey Dellinger Strosnider | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-5 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 07, 2020 | Form ID: van02 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan Allen Strosnider, Kasey Dellinger Strosnider, 441 Fair Lane, Winchester, VA 22603-4503 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC, c/o Orlans, PC, PO Box 2548, Leesburg, VA 20177-7754 |
| 4710405 | + | BSI Financial Services, 1425 Greenway Drive, Ste.400, Irving, TX 75038-2480 |
| 4578083 | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod PLC, 342 South Main St, Harrisonburg VA 22801-3628 |
| 4583342 | + | Bank of Clarke County, PO Box 60, Winchester VA 22604-0060 |
| 4439437 | + | Cfw Credit & Collections, Attn:Collections, 19 N Washington St, Winchester, VA 22601-4109 |
| 4675682 | + | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 4711231 | + | Chalet Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 4673418 | + | Credit Recovery, Inc., c/o Greenberg Law Firm, P.O. Box 240, Roanoke, VA 24002-0240 |
| 4439446 | + | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 4453380 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4439448 | + | Financial Data Systems, Attn: Managing Officer/Agent, 1638 Military Cutoff Rd, Wilmington, NC 28403-5751 |
| 4439449 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 4439452 | + | JL Walston & Associates, Attn: Bankruptcy, 2609 N Duke St, Ste 501, Durham, NC 27704-3019 |
| 4846788 | + | McCabe, Weisberg & Conway, LLC, Suite 800, 312 Marshall Ave., Laurel, MD 20707-4808 |
| 4439454 | + | MedExpress Admin Office, 1751 Earl Core Road, Morgantown, WV 26505-5891 |
| 4454755 | + | Orlans PC, PO Box 2548, Leesburg, VA 20177-7754 |
| 4446865 | + | Robert Lee Jones IV, 117 W. Boscawen St., Suite 10, Winchester, VA 22601-4140 |
| 4439457 | + | Shenandoah Valley Pathology, 1840 Amherst Street, Winchester, VA 22601-2808 |
| 4439458 | + | Sunrise Medical Laboratories, PO Box 9070, Hicksville, NY 11802-9070 |
| 4935380 | + | U.S. Bank Trust National Association as Trustee of, c/o Keith Yacko, Virginia, MCMICHAEL TAYLOR GRAY, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092 kyacko@mtglaw.com 30092-2871 |
| 4780823 | + | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C, c/o McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| 4439460 | + | Urgent Care Center, 607 East Jubal Early Drive, Winchester, VA 22601-5178 |
| 4439468 | ++ | WINCHESTER PULMONARY INTERNAL MEDICINE, 525 AMHERST ST, SUITE 104, WINCHESTER VA 22601-3881 address filed with court:, Winchester Pulmonary Internal Medicine, Associates Pc, 1400 Amherst Street, Winchester, VA 22601 |
| 4439463 | + | Winchester Anesthesiologists, 878 Fox Drive, Winchester, VA 22603-8613 |
| 4439464 | + | Winchester Imaging, 160 Exeter Drive, Suite 104, Winchester, VA 22603-8614 |
| 4439465 | + | Winchester Medical Center, 1840 Amherst St, Winchester, VA 22601-2808 |
| 4439466 | + | Winchester OB GYN, 1330A Amherst Street, Winchester, VA 22601-3000 |
| 4439467 | + | Winchester Orthopedic Associates, 128 Medical Cir, Winchester, VA 22601-3322 |
| 4439469 | + | Winchester Radiologists, PO Box 880, Lima, OH 45802-0880 |
| 4439470 | + | Winchester Urgent Care, 2505 Valley Avenue, Winchester, VA 22601-2761 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4439435 | + | EDI: PHINAMERI.COM | | |

| District/off: 0423-5 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: van02 | | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 08 2020 02:08:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 4453306 | + | EDI: PHINAMERI.COM | | |
| | | | Oct 08 2020 02:08:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4439436 | + | Email/Text: wmiller@caponvalleybank.com | | |
| | | | Oct 07 2020 22:22:00 | Capon Valley Bank, 2 W. Main Street, P.O. Box 119, Wardensville, WV 26851-0119 |
| 4439441 | + | EDI: CCUSA.COM | | |
| | | | Oct 08 2020 02:08:00 | Credit Coll USA, CCUSA, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 4439442 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Oct 07 2020 22:22:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 4439443 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 07 2020 22:56:54 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 4439444 | + | Email/Text: collect@ccsroanoke.com | | |
| | | | Oct 07 2020 22:22:00 | Creditors Collection Service/CCS, PO Box 21504, Roanoke, VA 24018-0152 |
| 4439445 | | EDI: DIRECTV.COM | | |
| | | | Oct 08 2020 02:08:00 | Directv ***, BKR Plain, PO Box 6550, Greenwood Village, CO 80155 |
| 4495862 | | EDI: DIRECTV.COM | | |
| | | | Oct 08 2020 02:08:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4440061 | + | EDI: AIS.COM | | |
| | | | Oct 08 2020 02:08:00 | First Data Global Leasing, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4439450 | + | EDI: IIC9.COM | | |
| | | | Oct 08 2020 02:08:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 4439451 | + | EDI: IRS.COM | | |
| | | | Oct 08 2020 02:08:00 | Internal Revenue Service***, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4439438 | | EDI: JPMORGANCHASE | | |
| | | | Oct 08 2020 02:08:00 | Chase Bank, PO Box 15655, Wilmington, DE 19850-5129 |
| 4439439 | | EDI: JPMORGANCHASE | | |
| | | | Oct 08 2020 02:08:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 4439453 | + | Email/Text: processing@keybridgemed.com | | |
| | | | Oct 07 2020 22:22:00 | KeyBridge Medical Revenue, Attn: Bankruptcy, PO Box 1568, Lima, OH 45802-1568 |
| 4474846 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 07 2020 22:56:54 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4439455 | + | EDI: MID8.COM | | |
| | | | Oct 08 2020 02:08:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 4489588 | + | EDI: MID8.COM | | |
| | | | Oct 08 2020 02:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4439668 | + | EDI: PRA.COM | | |
| | | | Oct 08 2020 02:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4439456 | + | Email/Text: mspurrier@nationalfunding.com | | |
| | | | Oct 07 2020 22:21:00 | Quick Bridge Funding L, 410 Exchange Ste 150, Irvine, CA 92602-1332 |
| 4492325 | + | EDI: RMSC.COM | | |
| | | | Oct 08 2020 02:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4439459 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Oct 07 2020 22:22:00 | Transworld Sys Inc/51, PO Box 15618, Wilmington, DE 19850-5618 |
| 4439461 | + | Email/Text: bkr@taxva.com | | |
| | | | Oct 07 2020 22:22:00 | Va Department Of Taxation*, Bankruptcy Unit, P O Box 2156, Richmond, VA 23218-2156 |
| 4439462 | + | EDI: VERIZONCOMB.COM | | |
| | | | Oct 08 2020 02:08:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon |

Springs, MO 63304-2225

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chalet Properties III, LLC |
| cr | | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C |
| cr | *+ | Chalet Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4439440 | ##+ | Cpearl Beta Funding LLC, 100 William Street, 9th Floor, New York, NY 10038-5056 |
| 4439447 | ##+ | Ellen Dellinger, 441 Fair Lane, Winchester, VA 22603-4503 |
| jdb | *+ | Kasey Dellinger Strosnider, 441 Fair Lane, Winchester, VA 22603-4503 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name** **Email Address**

David E. Wright
on behalf of Joint Debtor Kasey Dellinger Strosnider ecf@coxlawgroup.com clgecf@gmail.com

David E. Wright
on behalf of Debtor Bryan Allen Strosnider ecf@coxlawgroup.com clgecf@gmail.com

Dinh H. Ngo
on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bankruptcyva@mwc-law.com bankruptcyva@ecf.inforuptcy.com

H. David Cox
on behalf of Debtor Bryan Allen Strosnider ecf@coxlawgroup.com clgecf@gmail.com

H. David Cox
on behalf of Joint Debtor Kasey Dellinger Strosnider ecf@coxlawgroup.com clgecf@gmail.com

Hannah White Hutman
on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com shammack@hooverpenrod.com;hpnotices@gmail.com;hooverpenrodign@gmail.com

Herbert L Beskin(82)
hbeskin@cvillech13.net bss@cvillech13.net

Janice Hansen
on behalf of Debtor Bryan Allen Strosnider ecf@coxlawgroup.com clgecf@gmail.com

Janice Hansen
on behalf of Joint Debtor Kasey Dellinger Strosnider ecf@coxlawgroup.com clgecf@gmail.com

Keith M. Yacko

| District/off: 0423-5 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: van02 | Total Noticed: 57 |

                on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
kyacko@mtglaw.com  ecfnotifications@mtglaw.com

Richard D. Painter

                on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
rpainterlaw@gmail.com

Sameera Navidi

                on behalf of Creditor Ditech Financial LLC snavidi@orlans.com  ecfaccount@orlans.com;ANHSOrlans@InfoEx.com

USTrustee

                USTPRegion04.RN.ECF@usdoj.gov


TOTAL: 13